USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1290 DAVID C. HALLAHAN, Petitioner, v. UNITED STATES OF AMERICA, Respondent. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ David C. Hallahan on brief pro se. _________________ Donald K. Stern, United States Attorney, and Timothy Q. Feeley, ________________ _________________ Assistant United States Attorney, on brief for respondent. ____________________ August 8, 1995 ____________________ Per Curiam. We have carefully reviewed the record. We __________ affirm for substantially the reasons stated in part B of the district court's opinion. Petitioner's allegations were too conclusory to require an evidentiary hearing. Affirmed. Loc. R. 27.1.  ________ -2-